## Elizabeth Mirza, Appellee, v. Sam Mirza, Appellant.

### Gen. No. 43,404.

Heard in the second division, first district, this court at the June term, 1945; opinion filed December 18, 1945; rehearing denied January 2, 1946; released for publication January 2, 1946. Joseph Lustfield, for appellant; Joseph D. Teitelbaum, for appellee. Opinion by JUSTICE SCANLAN. Not to be published in full.